UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:09-cr-0086-SEB-DKL-5 |
| | ) | |
| ROGER D. LEONARD, | ) | |
| | ) | |
| Defendant. | ) | |

## Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that Roger D. Leonard=s supervised release be modified, pursuant to 18 U.S.C. '' 3401(i) and 3583(e) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure*, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and ORDERS:

(a)  Mr. Leonard's supervised release is revoked;

(b)  Mr. Leonard is sentenced to a term of imprisonment of seven (7) months in the custody of the Attorney General or his designee with no supervised release to follow; and

(c)  Mr. Leonard is to be taken into custody immediately.

SO ORDERED.

Date: 01/06/2014

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system